## Wanamaker's Trust

348

Before Stearne (acting P. J.), Sinkler, Klein, Bolger, and Ladner, JJ.

350

352

356

*David J. Smyth,* for exceptant.

*Roland C. Heisler,* contra.

LADNER, J., April 12, 1940.—The earnest argument of the eminent counsel for the exceptant has not convinced us that any error was made by the learned auditing judge, nor can we with profit add anything to his well-reasoned adjudication.

The exceptions are dismissed and the adjudication is confirmed absolutely.